| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Duffy, Patrick M. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>P.O. Box 835<br>Charleston, SC 29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Doonbeg Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Duffy, Patrick M.**

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2010 | Charleston School of Law | $24,780 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Line | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 2. | Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 3. | Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 4. | Bond Fund of America CL A- American Bond Fund of America | | None | | | Sold | 04/09/10 | J | A | |
| 5. | Federal Home Loan Mort Corp | | None | | | Sold | 06/29/10 | J | A | |
| 6. | Investment Co of America CL B-American Bond Fund of America | | None | | | Sold | 06/29/10 | J | A | |
| 7. | Investment co of America CL C -American Bond Fund of America | A | Dividend | J | T | Buy | 02/02/10 | J | | |
| 8. | Duke Energy Co | A | Dividend | J | T | | | | | |
| 9. | Johnson & Johnson | | None | | | Sold | 10/26/10 | J | A | |
| 10. | XL Capital LTD Senior Note | A | Dividend | J | T | | | | | |
| 11. | Clorox Co | | None | | | Sold | 09/08/10 | J | A | |
| 12. | Pepsico Inc | A | Dividend | J | T | | | | | |
| 13. | Microsoft Corp | A | Dividend | J | T | | | | | |
| 14. | Proctor & Gamble Co | A | Dividend | J | T | | | | | |
| 15. | 1-26/78 Associate LLC 12/30/88 ▮▮▮ | | None | L | R | | | | | |
| 16. | First Trust Build America Bonds | A | Interest | J | T | Buy | 07/08/10 | J | | |
| 17. | Van Kampen Build America Bonds | A | Interest | J | T | Buy | 02/17/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. First Federal of Charleston | A | Interest | J | T | | | | | |
| 19. Bank of America | A | Interest | J | T | | | | | |
| 20. Bond Fund of America CL A-American Bond Fund of America | | None | | | Sold | 06/29/10 | J | A | |
| 21. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 22. Bond Fund of America CL A-American Bond Fund of America | | None | | | Sold | 07/02/10 | J | A | |
| 23. United Technologies Corp | A | Dividend | J | T | | | | | |
| 24. Federal National Mort Assn Med Term Note | | None | | | Redeemed | 06/29/10 | J | A | |
| 25. America Movil S A D E C V | | None | | | Sold | 04/09/10 | J | A | |
| 26. Capital Income Builder Fund | | None | | | Sold | 04/09/10 | J | A | |
| 27. Central European Dist Corp | | None | | | Sold | 10/26/10 | J | A | |
| 28. SCAGO Educational FACS Pickens Sch Dist SC Install Rev | A | Interest | J | T | | | | | |
| 29. Brandywine Blue Fund | | None | J | T | | | | | |
| 30. Columbia Mid Cap Value Fd Cl Z | A | Dividend | J | T | | | | | |
| 31. Dodge & Cox income Fund | A | Dividend | J | T | | | | | |
| 32. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | | | | | |
| 33. DWS Small Cap Value Fund Instl | A | Dividend | J | T | | | | | |
| 34. Fidelity New Insights Fd Instl | A | Dividend | J | T | Sold (part) | 03/15/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman Sachs Grw & Incm Fd I | | None | | | Sold | 11/12/10 | J | A | |
| 36. Hartford Dividend & Growth I | A | Dividend | J | T | | | | | |
| 37. JPMorgan Core Bond Fund Select | A | Dividend | J | T | | | | | |
| 38. JPM Fed Money Market Instl Cl | A | Dividend | J | T | | | | | |
| 39. JPMorgan High Yield Fd Select | A | Dividend | J | T | | | | | |
| 40. Lord Abbett Total Return Fd F | A | Dividend | J | T | | | | | |
| 41. Oppnhmr Cmd Strat Ttl Rtn Cl Y | A | Dividend | J | T | | | | | |
| 42. Oppenheimer Intl Bond Fund Y | A | Dividend | J | T | | | | | |
| 43. Pioneer Fund Cl Y | A | Dividend | J | T | | | | | |
| 44. Thornburg Invt Tr Value Fd I | A | Dividend | J | T | | | | | |
| 45. Virtus Frgn Oppts Fd CII | A | Dividend | J | T | | | | | |
| 46. Virtus Real Estate Secs Cl I | A | Dividend | J | T | | | J | | |
| 47. New World Fund CL FI | A | Dividend | J | T | Buy | 03/15/10 | J | | |
| 48. T Rowe Price Equity Income Fund | A | Dividend | J | T | Buy | 11/12/10 | J | | |
| 49. Brandywine Blue Fund | | None | J | T | Buy | 07/09/10 | J | | |
| 50. Columbia Mid Cap Value Fund CL Z | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 51. Dodge Cox Income Fund | A | Dividend | J | T | Buy | 07/09/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Dodge Cox International Stock Fund | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 53. DWS Small Cap Value Fund Institutional CL | A | Dividend | J | T | Buy | 07/09/10 | J | | . |
| 54. Fidelity Advisor New Insights Fund Inst CL | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 55. ING Global Real Estate Fund CL I | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 56. Investment Co of America CL F-American Bond Fund of America | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 57. JP Morgan Core Bond Fund Select CL | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 58. JP Morgan Federal Money Market Fund Institutional CL | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 59. JP Morgan High Yield Fund Select CL | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 60. MFS Research International Fund CL 1 | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 61. New World Fund CL FI | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 62. Oppenheimer Commodity Strategy Total Return Fund CL Y | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 63. Oppenheimer International Bond Fund CL Y | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 64. Pioneer Fund CL Y | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 65. T Rowe Price Equity Income Fund | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 66. T Rowe Price New Income Fund | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 67. Thornburg Value Fund CL I | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 68. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 4, General Electric was erroneously listed on 2009 report. It was sold 11/21/2008, value "J", income "A".

2. Line 37, JP Morgan Core Bond Fund Select should have been listed on 2009 report as partial sale.

3. Line 38, JP Morgan Money Market Institutional CL should have been listed on 2009 report as partial sale.

4. Line 39, JP Morgan High Yield Fund Select should have been listed on 2009 report as partial sale.

5. Line 40, Lord Abbett Total Return Fund F should have been listed on 2009 report as partial sale.

6. Line 41, Oppenheimer Cmd Strat Ttl Return CL Y should have been listed on 2009 report as partial sale.

7. Line 48, Oppenheimer Intl Bond Fund Y should have been listed on 2009 report as partial sale.

8. Line 45, Virtus Frgn Oppts Fund CL I should have been listed as partial sale.

9. Line 15, I-26/78 Associates, LLC was purchased on 12/30/1988 ▮▮▮▮▮▮▮▮▮

10. On the 2009 report:  Line 19, Mass Mutual Annuity
                             Line 22, Asset Allocation Fund Inv.
                             Line 23, Morgan Growth Fund Inv.
                             Line 24, AIM Leisure Fund Inv Class
                             Line 25, Aim Tech Fund Investor Class

    These assets were listed on the 2009 Financial Disclosure Report however were liquidated sometime in 2008 (per broker actual date not known). The assets were shown on the previous reports until
it could be determined that they owned.

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544